# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRENA BUSCH-STOUT,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MUFG UNION BANK, N.A. and DOES 1-50, inclusive,<br><br>　　　　Defendant. | Case No. 3:20-cv-02488-AJB-AHG<br><br>ORDER GRANTING JOINT MOTION TO DISMISS<br><br>(Doc. No. 19) |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff TRENA BUSCH-STOUT and Defendant MUFG UNION BANK, N.A., acting through their respective counsel of record, hereby stipulate to dismiss the above-captioned case with prejudice. Each party agrees to bear its own costs and expenses.

IT IS SO STIPULATED.

Dated: June 25, 2021

　　　　　　　　　　　　　　　　　　*/s/ Battaglia*
　　　　　　　　　　　　　　　　　　Hon. Anthony J. Battaglia
　　　　　　　　　　　　　　　　　　United States District Judge